# Exhibit 2

Method Claim: 1

| US11080885 | Trimble Connect AR ("The accused instrumentality") |
|---|---|
| 1. A method of providing an augmented reality experience with a user device, comprising: | The accused instrumentality practices a method of providing an augmented reality experience with a user device (e.g., a mobile device with Trimble Connect AR app installed).<br><br>As shown below, Trimble Connect AR provides an augmented reality experience to the user by overlaying virtual elements on top of the real-world view.<br><br><br><br>https://fieldtech.trimble.com/en/product/trimble-connect-ar |



https://fieldtech.trimble.com/en/product/trimble-connect-ar



providing an augmented reality experience with a user device

https://fieldtech.trimble.com/en/product/trimble-connect-ar



[https://fieldtech.trimble.com/en/product/trimble-connect-ar](https://fieldtech.trimble.com/en/product/trimble-connect-ar)

### Resolve Problems Before They Occur

Close the project loop for stakeholders on-site and in the office through augmented reality with Trimble Connect for use on iPad, iPhone, and Google AR Services-supported Android devices.

[https://fieldtech.trimble.com/en/product/trimble-connect-ar](https://fieldtech.trimble.com/en/product/trimble-connect-ar)

## Accessible. Accurate. Augmented Reality.

Drive value from your BIM model by getting it in the hands of more people onsite with Trimble Connect AR.

  

**Simplify QA/QC Workflows**

Trimble Connect AR simplifies your Quality Assurance and Quality Control (QAQC) workflows, by identifying virtual to real clashes or coordination issues, verifying as-built conditions comply with the design, and allowing for consistent communication and collaboration.

**View BIM Models in Augmented Reality**

Trimble Connect AR allows you to place your 3D models in their actual location onsite. Complex situations become intuitive as you see the problem directly in the real-world context.

**Accurately Position Models to Overlay the Real World**

By establishing an accurately-positioned network of QR Markers, busy construction professionals can quickly and easily position their models on their job site.

https://fieldtech.trimble.com/en/product/trimble-connect-ar



https://play.google.com/store/apps/details?id=com.trimble.connectAR&hl=en&gl=US

| receiving an input image of a physical | The accused instrumentality practices receiving an input image (e.g., an input image of the physical environment captured by the camera of the user device) of a physical environment from a camera (e.g., a camera of the user device) included in or on the user |

| | |
|---|---|
| environment from a camera included in or on the user device, wherein a digitally encoded marker (DEM) is positioned at a marker location within the physical environment; | device (e.g., a mobile device with Trimble Connect AR app installed)., wherein a digitally encoded marker (DEM) (e.g., a QR Marker) is positioned at a marker location (e.g., a location of the physically printed QR Marker) within the physical environment.<br><br>As shown below, a QR Marker is scanned by the camera of a user device. The physically printed QR marker is positioned within the frame of the camera feed in order to align the real world with the 3D model.<br><br>**Augmented Reality: A Fit for Any Smartphone User**<br><br>AR has a natural home among smartphones and tablets. Using a smartphone's camera to capture a live image of the user's physical location, AR technology overlays 3D digital content onto that image, thus "augmenting"—or enhancing—the real world in context. Sensors know when the user moves or changes their point of view, and the digital content is updated relative to what the user is seeing.<br><br>https://fieldtech.trimble.com/resources/blog-ftg/introducing-augmented-reality-in-digital-construction |

 

https://fieldtech.trimble.com/en/product/trimble-connect-ar



https://fieldtech.trimble.com/en/product/trimble-connect-ar



https://play.google.com/store/apps/details?id=com.trimble.connectAR&hl=en&gl=US

## How can I place my model on site?

In SiteVision, there are four ways to position a model on site: Automatic, Measured, Manual and Marker.

- Automatic Placement requires high accuracy GNSS, and uses coordinate system information from within model data and/or reads a Trimble site calibration file associated with the model.

- Measured Placement requires high accuracy GNSS, and walks you through steps for completing your own two point calibration, to position a model on site. You can use the IPS standalone, or on the pole mount. This information is recorded and remembered for the next time you open the model to view with SiteVision.

- Manual Placement does not use high accuracy GNSS, and placement is by using gestures on the screen and the augmented reality technology on your field device. Note: Inside you will likely experience model drift. Additionally, your placement will be valid for only that session of SiteVision.

- Marker Placement does not use high accuracy GNSS, and placement relies on a printed QR Marker that is associated with a position within the model. This is useful indoors or in GNSS adverse environments.

https://sitevision.trimble.com/faq-category/sitevision-features/



https://www.youtube.com/watch?v=3iffGtkG_IA&t=72s



digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.youtube.com/watch?v=3iffGtkG_IA&t=72s



receiving an input image of a physical environment from a camera included in or on the user device

digitally encoded marker (DEM) is positioned at a marker location within the physical environment

https://www.youtube.com/watch?v=3iffGtkG_IA&t=72s

## Trimble Connect Markers Extension

QR Markers are the best way to align your virtual model to real world conditions. Trimble Connect gives you the ability to create QR markers in your model that you can then place in the field to align your model to the real world for use in a XR10 or in the Connect AR app. Currently Markers only work in the Trimble Connect Browser interface.

https://buildingpointproserv.com/bp_knowledge-base/trimble-connect-markers-extension/

| | |
|---|---|
| decoding data from the DEM by processing the input image, | The accused instrumentality practices decoding data (e.g., data such as Setout Grid Lines, Setout Point, Setout Point coordinates, etc.) from the DEM (e.g., a QR Marker) by processing the input image (e.g., an input image of the physical environment captured by the camera of the user device), wherein the decoded data (e.g., data such as Setout Grid Lines, Setout Point, Setout Point coordinates, etc.) comprises at least one of geographic |

| | |
|---|---|
| wherein the decoded data comprises at least one of geographic coordinate data and relative coordinate data; | coordinate data  and relative coordinate data (e.g., Setout Point coordinates in parent model coordinate system).

As shown below, a QR Marker is scanned by the camera of a user device. The physically printed QR marker is positioned within the frame of the camera feed in order to align the real world with the 3D model. The QR Marker contains a Setout Point coordinate which is relative to the parent model system. The QR Marker is used for aligning the virtual model with the real world.

### Establishing a QR Marker Network

To enable placement of models on-site in GNSS adverse or even indoor locations it is possible to establish a QR Marker network. These markers provide a link between a known location in the model and the real world. Digital representations of the Markers are created within the model, a PDF printout of each Marker is downloaded, then installed in the corresponding real world location.

SiteVision has been designed so these Markers can act as either:

- a standalone positioning system, for example in a tunnel where it is not possible to obtain a GNSS position

- a supplementary positioning system where they can be incorporated on a project and used in conjunction with GNSS positioning, for example placed underneath a bridge, or inside a structure as part of a larger project.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html |

▼ Marker placement guidelines

For best performance, Trimble recommends installing markers on a flat, vertical surface such as a wall or column. Sloping or horizontal placement of markers is supported, however a lot more care is required when installing a sloping or horizontal marker to ensure the marker alignment is accurate.

- The markers should be flat, and securely fastened on all four corners. Any wrinkles or curvature of the marker may adversely impact model alignment.

- The markers can be laminated to provide protection from water / dampness.

- To ensure optimal performance, Trimble recommend placing Markers with as much clear, flat space around them as possible, as opposed to right at the edge or corner of a surface.

Immediately after scanning a Marker to place a model, the model should be very well aligned and accurately located. However as you move around, and the further away from the marker you get, you will see the digital model will drift out of alignment with the real world. This is completely normal, and reflects the present limitations of this type of visualization technology when unaided by GNSS. The extent of this drift will vary depending on the device you are using—the more recent the device model, the less drift you should expect to see.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html



https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

|  | The Marker printout contains **Setout Point** coordinates which correspond to the location of the lower left corner of the QR code. These coordinates are expressed in terms of the parent model coordinate system. The Marker printout also features **Setout Guide Lines** to assist with aligning the Marker on site. The **Reference Point Offsets** and **Marker Creation** data are also displayed.<br><br>2. Install the Marker on-site either with a tape measure, or by keying in the **Setout Point** coordinate to a Robotic Total Station or similar setout tool. Make sure the Marker is securely fastened on all four corners and sits flat on the surface.<br><br>https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html |
|---|---|
| retrieving digital content for a virtual object; and | The accused instrumentality practices retrieving digital content (e.g., digital content such as a digital file of a virtual object) for a virtual object (e.g., digital models such as BIM model, 3D model, etc.).<br><br>As shown below, Trimble Connect AR can augment a digital model over a real environment by retreiving the files of the digital model.<br><br> **Trimble Connect AR**<br><br>Revolutionize your QA/QC workflows by viewing your digital models at 1:1 scale onsite and in context. Enable your project team to detect errors, observe omissions, and visually collaborate to resolve them.<br><br>https://fieldtech.trimble.com/en/product/trimble-connect-ar |

## Accessible. Accurate. Augmented Reality.

Drive value from your BIM model by getting it in the hands of more people onsite with Trimble Connect AR.

  

**Simplify QA/QC Workflows**

Trimble Connect AR simplifies your Quality Assurance and Quality Control (QAQC) workflows, by identifying virtual to real clashes or coordination issues, verifying as-built conditions comply with the design, and allowing for consistent communication and collaboration.

**View BIM Models in Augmented Reality**

Trimble Connect AR allows you to place your 3D models in their actual location onsite. Complex situations become intuitive as you see the problem directly in the real-world context.

**Accurately Position Models to Overlay the Real World**

By establishing an accurately-positioned network of QR Markers, busy construction professionals can quickly and easily position their models on their job site.

https://fieldtech.trimble.com/en/product/trimble-connect-ar

  

**Capture and Share AR Photographs via Trimble Connect**

Trimble Connect AR photographs can be captured and shared with the project team via Trimble Connect. These can easily flow into subsequent RFI/punch/checklist workflows.

**Integration with Trimble Connect and Trimble Field Tools**

Utilize a turnkey Trimble solution with Trimble Connect, our software that provides simple web-based workflows to manage models and other data, and Trimble Robotic Total Stations, used to establish a highly accurate QR Marker network.

**Industry-leading 3D Performance**

Load large or complex models with minimal data preparation. Trimble Connect AR supports all common AEC file formats (not just a subset).

https://fieldtech.trimble.com/en/product/trimble-connect-ar



https://www.youtube.com/watch?v=CUy834lanPY&list=PLE7gqiOKDAdFEFj0eE4JlO6egPHNp_VTB&index=3



https://www.youtube.com/watch?v=CUy834lanPY&list=PLE7gqiOKDAdFEFj0eE4JlO6egPHNp_VTB&index=3



https://www.youtube.com/watch?v=CUy834IanPY&list=PLE7gqiOKDAdFEFj0eE4JlO6egPHNp_VTB&index=3



retrieving digital content for a virtual object

https://fieldtech.trimble.com/en/product/trimble-connect-ar



retrieving digital content for a virtual object

https://www.youtube.com/watch?v=3kON8eXYogk&list=PLE7gqiOKDAdFEFj0eE4JlO6egPHNp_VTB&index=3

| | |
|---|---|
| displaying an augmented reality image, on a display screen of the user device, including the input image and an overlay image representing the virtual object positioned within the augmented | The accused instrumentality practices displaying an augmented reality image (e.g., an AR image with an overlay of a virtual object), on a display screen (e.g., a display of the device with Trimble Connect AR app installed) of the user device (e.g., a mobile device with Trimble Connect AR app installed), including the input image (e.g., an input image of the physical environment captured by the camera of the user device) and an overlay image (e.g., an overlay image of the virtual object) representing the virtual object (e.g., digital models such as BIM model, 3D model, etc.) positioned within the augmented reality image (e.g., an AR image with an overlay of a virtual object) based on the decoded data (e.g., data such as Setout Grid Lines, Setout Point, Setout Point coordinates, etc.) from the DEM (e.g., a QR Marker) and the marker location (e.g., location of the physically printed QR Marker).

As shown below, a QR Marker is scanned by the camera of a user device. The physically printed QR marker is positioned within the frame of the camera feed in order to align the real world with the 3D model. Further, an augmented reality image is displayed on the display of the device with Trimble Connect AR app installed. The augmented image |

| reality image based on the decoded data from the DEM and the marker location, | contains the camera feed as well as the virtual object which is overlaid on the Augmented reality space. The Setout Point coordinates from the QR markers allow the user to synchronize the digital model to real space. |



## Trimble Connect AR

Revolutionize your QA/QC workflows by <u>viewing your digital models at 1:1 scale onsite and in context</u>. Enable your project team to detect errors, observe omissions, and visually collaborate to resolve them.

https://fieldtech.trimble.com/en/product/trimble-connect-ar

### Accessible. Accurate. Augmented Reality.

<u>Drive value from your BIM model</u> by getting it in the hands of more people onsite with Trimble Connect AR.







**Simplify QA/QC Workflows**

Trimble Connect AR simplifies your Quality Assurance and Quality Control (QAQC) workflows, by identifying virtual to real clashes or coordination issues, verifying as-built conditions comply with the design, and allowing for consistent communication and collaboration.

**View BIM Models in Augmented Reality**

Trimble Connect AR allows you to <u>place your 3D models in their actual location onsite</u>. Complex situations become intuitive as you see the problem directly in the real-world context.

**Accurately Position Models to Overlay the Real World**

By establishing an accurately-positioned network of QR Markers, busy construction professionals can quickly and easily position their models on their job site.

https://fieldtech.trimble.com/en/product/trimble-connect-ar



digitally encoded marker (DEM)

**View BIM Models in Augmented Reality**

Trimble Connect AR allows you to place your 3D models in their actual location onsite. Complex situations become intuitive as you see the problem directly in the real-world context.

**Accurately Position Models to Overlay the Real World**

By establishing an accurately-positioned network of QR Markers, busy construction professionals can quickly and easily position their models on their job site.

https://fieldtech.trimble.com/en/product/trimble-connect-ar

## How can I place my model on site?

In SiteVision, there are four ways to position a model on site: Automatic, Measured, Manual and Marker.

- Automatic Placement requires high accuracy GNSS, and uses coordinate system information from within model data and/or reads a Trimble site calibration file associated with the model.

- Measured Placement requires high accuracy GNSS, and walks you through steps for completing your own two point calibration, to position a model on site. You can use the IPS standalone, or on the pole mount. This information is recorded and remembered for the next time you open the model to view with SiteVision.

- Manual Placement does not use high accuracy GNSS, and placement is by using gestures on the screen and the augmented reality technology on your field device. Note: Inside you will likely experience model drift. Additionally, your placement will be valid for only that session of SiteVision.

- Marker Placement does not use high accuracy GNSS, and placement relies on a printed QR Marker that is associated with a position within the model.  This is useful indoors or in GNSS adverse environments.

https://sitevision.trimble.com/faq-category/sitevision-features/

## Establishing a QR Marker Network

To enable placement of models on-site in GNSS adverse or even indoor locations it is possible to establish a QR Marker network. These markers provide a link between a known location in the model and the real world. Digital representations of the Markers are created within the model, a PDF printout of each Marker is downloaded, then installed in the corresponding real world location.

SiteVision has been designed so these Markers can act as either:

- a standalone positioning system, for example in a tunnel where it is not possible to obtain a GNSS position
- a supplementary positioning system where they can be incorporated on a project and used in conjunction with GNSS positioning, for example placed underneath a bridge, or inside a structure as part of a larger project.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

## ▼ Marker placement guidelines

For best performance, Trimble recommends installing markers on a flat, vertical surface such as a wall or column. Sloping or horizontal placement of markers is supported, however a lot more care is required in installing a sloping or horizontal marker to ensure the marker alignment is accurate.

- The markers should be flat, and securely fastened on all four corners. Any wrinkles or curvature of the marker may adversely impact model alignment.
- The markers can be laminated to provide protection from water / dampness.
- To ensure optimal performance, Trimble recommend placing Markers with as much clear, flat space around them as possible, as opposed to right at the edge or corner of a surface.

Immediately after scanning a Marker to place a model, the model should be very well aligned and accurately located. However as you move around, and the further away from the marker you get, you will see the digital model will drift out of alignment with the real world. This is completely normal, and reflects the present limitations of this type of visualization technology when unaided by GNSS. The extent of this drift will vary depending on the device you are using—the more recent the device model, the less drift you should expect to see.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

1. Download and print the Marker PDFs. The **Download all** button is a useful shortcut if you are managing a large number of Markers.

   **IMPORTANT** - Ensure when you print the markers that there is no page scaling applied. The Markers must be printed at 100% size.



https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

The Marker printout contains **Setout Point** coordinates which correspond to the location of the lower left corner of the QR code. These coordinates are expressed in terms of the parent model coordinate system. The Marker printout also features **Setout Guide Lines** to assist with aligning the Marker on site. The **Reference Point Offsets** and **Marker Creation** data are also displayed.

2. Install the Marker on-site either with a tape measure, or by keying in the **Setout Point** coordinate to a Robotic Total Station or similar setout tool. Make sure the Marker is securely fastened on all four corners and sits flat on the surface.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html



https://play.google.com/store/apps/details?id=com.trimble.connectAR&hl=en&gl=US



https://www.youtube.com/watch?v=3kON8eXYogk&list=PLE7gqiOKDAdFEFj0eE4JlO6egPHNp_VTB&index=3

| wherein the overlay image is positioned within the augmented reality image using the at least one of the | The accused instrumentality practices wherein the overlay image (e.g., an overlay image of the virtual object) is positioned within the augmented reality image (e.g., an AR image with an overlay of a virtual object) using the at least one of the geographic coordinate data and the relative coordinate data (e.g., Setout Point coordinates in parent model coordinate system) decoded from the DEM (e.g., a QR Marker). |
|---|---|
| | As shown below, the QR marker has a Setout Point coordinate expressed in terms of the parent model coordinate system. Thus, the decoded data from the QR Marker allows positioning of the digital model in the real-world view. |

| geographic coordinate data and the relative coordinate data decoded from the DEM. |   digitally encoded marker (DEM) **View BIM Models in Augmented Reality** Trimble Connect AR allows you to place your 3D models in their actual location onsite. Complex situations become intuitive as you see the problem directly in the real-world context. **Accurately Position Models to Overlay the Real World** By establishing an accurately-positioned network of QR Markers, busy construction professionals can quickly and easily position their models on their job site. https://fieldtech.trimble.com/en/product/trimble-connect-ar |
| --- | --- |

## How can I place my model on site?

In SiteVision, there are four ways to position a model on site: Automatic, Measured, Manual and Marker.

- Automatic Placement requires high accuracy GNSS, and uses coordinate system information from within model data and/or reads a Trimble site calibration file associated with the model.

- Measured Placement requires high accuracy GNSS, and walks you through steps for completing your own two point calibration, to position a model on site. You can use the IPS standalone, or on the pole mount. This information is recorded and remembered for the next time you open the model to view with SiteVision.

- Manual Placement does not use high accuracy GNSS, and placement is by using gestures on the screen and the augmented reality technology on your field device. Note: Inside you will likely experience model drift. Additionally, your placement will be valid for only that session of SiteVision.

- Marker Placement does not use high accuracy GNSS, and placement relies on a printed QR Marker that is associated with a position within the model.  This is useful indoors or in GNSS adverse environments.

https://sitevision.trimble.com/faq-category/sitevision-features/

## Establishing a QR Marker Network

To enable placement of models on-site in GNSS adverse or even indoor locations it is possible to establish a QR Marker network. These markers provide a link between a known location in the model and the real world. Digital representations of the Markers are created within the model, a PDF printout of each Marker is downloaded, then installed in the corresponding real world location.

SiteVision has been designed so these Markers can act as either:

- a standalone positioning system, for example in a tunnel where it is not possible to obtain a GNSS position

- a supplementary positioning system where they can be incorporated on a project and used in conjunction with GNSS positioning, for example placed underneath a bridge, or inside a structure as part of a larger project.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

## ▼ Marker placement guidelines

For best performance, Trimble recommends installing markers on a flat, vertical surface such as a wall or column. Sloping or horizontal placement of markers is supported, however a lot more care is required when installing a sloping or horizontal marker to ensure the marker alignment is accurate.

- The markers should be flat, and securely fastened on all four corners. Any wrinkles or curvature of the marker may adversely impact model alignment.

- The markers can be laminated to provide protection from water / dampness.

- To ensure optimal performance, Trimble recommend placing Markers with as much clear, flat space around them as possible, as opposed to right at the edge or corner of a surface.

Immediately after scanning a Marker to place a model, the model should be very well aligned and accurately located. However as you move around, and the further away from the marker you get, you will see the digital model will drift out of alignment with the real world. This is completely normal, and reflects the present limitations of this type of visualization technology when unaided by GNSS. The extent of this drift will vary depending on the device you are using—the more recent the device model, the less drift you should expect to see.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html



1. Download and print the Marker PDFs. The **Download all** button is a useful shortcut if you are managing a large number of Markers.

IMPORTANT - Ensure when you print the markers that there is no page scaling applied. The Markers must be printed at 100% size.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

The Marker printout contains **Setout Point** coordinates which correspond to the location of the lower left corner of the QR code. These coordinates are expressed in terms of the parent model coordinate system. The Marker printout also features **Setout Guide Lines** to assist with aligning the Marker on site. The **Reference Point Offsets** and **Marker Creation** data are also displayed.

2. Install the Marker on-site either with a tape measure, or by keying in the **Setout Point** coordinate to a Robotic Total Station or similar setout tool. Make sure the Marker is securely fastened on all four corners and sits flat on the surface.

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html

5. Here you can make adjustments to the **X** and **Y** positions or **Elevation** of the Marker in terms of your mode

**TIP** – Use this approach to reference known survey control points on your jobsite.

You can also use the **Set Reference Point** feature to reference other model components to assist with accur When you click **Set Reference Point**, you are prompted to select a point within the 3D view; the X, Y, and displayed. Manually editing these values will adjust the location of the Marker while keeping the reference **Reference Point** to select an alternative reference point if required.

Marker Test Project 02

https://sitevision.trimble.com/user-guides/PreparingData_QRMarker.html



overlay image is positioned within the augmented reality image

https://fieldtech.trimble.com/en/product/trimble-connect-ar



overlay image is positioned within the augmented reality image

https://fieldtech.trimble.com/en/product/trimble-connect-ar



https://play.google.com/store/apps/details?id=com.trimble.connectAR&hl=en&gl=US